In the Matter of ADOLPH C. ROHL, Appellant, against THOMAS W. H. JEACOCK, as Commissioner of the Department of Social Welfare of Erie County, et al., Respondents.

Submitted October 17, 1940; decided November 13, 1940.

661

*Charles J. McDonough* for appellant.

*Elmer R. Weil* and *Paul J. Batt* for Thomas W. H. Jeacock, as Commissioner, respondent.

*John J. Bennett, Jr., Attorney-General (James P. Cotter* of counsel), for State Civil Service Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.